**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| MICHAEL A ZORBAS | Case No. 14-22689JAD |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| SYNCHRONY BANK++ | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE TRUSTEE HAS BEEN INFORMED BY THE POSTAL SERVICE THAT THE ADDRESS OF THE CREDITOR IS DEFUNCT.  NO CHANGE OF ADDRESS HAS BEEN PROVIDED.

SYNCHRONY BANK++  
C/O RECOVERY MANAGEMENT SYSTEMS CORP  
25 SE 2ND AVE STE 1120  
MIAMI, FL 33131-1605

Court claim# 5/Trustee CID# 2

The Movant further certifies that on 04/29/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| MICHAEL A ZORBAS, 104 SUNRISE COURT, HARRISVILLE, PA  16038 | DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA  16335 |

ORIGINAL CREDITOR:
SYNCHRONY BANK++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605

NEW CREDITOR:
UNKNOWN