Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael A. Zorbas**
**dba Jordan's Restaurant and Pizzeria**
Debtor(s)

Bankruptcy Case No.: 14−22689−JAD

Chapter: 13
Docket No.: 59 − 58

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 25th of September, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/30/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **11/13/19 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/30/19.**

                                                            Jeffery A. Deller
                                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael A. Zorbas
    Debtor

Case No. 14-22689-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 2     Date Rcvd: Sep 25, 2019
                        Form ID: 408     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.
```
db              +Michael A. Zorbas,    104 Sunrise Court,    Harrisville, PA 16038-1432
13882483        +Bank of America,    Attn: Correspondence Unit,    CA6-919-02-41,    PO Box 5170,
                  Simi Valley, CA 93062-5170
13882484        +Berkheimer Tax Administrator,    PO Box 955,    50 North 7th Street,    Bangor, PA 18013-1731
13882487       ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                 (address filed with court: Collection Service Center,    Attn: Collections,    Po Box 1623,
                  Butler, PA 16003)
13882485        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13882486        +Chase Manhattan Bank,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13882488        +Department Of Education / Sallie Mae,    11100 Usa Parkway,    Fishers, IN 46037-9203
13882490        +Grove City Medical Center,    631 North Broad Street Extension,    Grove City, PA 16127-4603
13882491        +Grove City Medical Center Professional,    PO Box 719,    Monroeville, PA 15146-0719
13882493       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Drive,
                  Lewisville, TX 75067)
13884244        +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13882495        +Pnc Bank,    Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13882496        +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
13882497        +Wpahs - Physician,    PO Box 848659,    Boston, MA 02284-8659
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:53:33
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr               E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:47
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL  33131-1605
13882489        +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:35:18      GE Capital Retail Bank / Lowes,
                  Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13882492        +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:31      Lowes Business Acct / GECRB,
                  PO Box 530970,    Atlanta, GA 30353-0970
13944605         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:33:41
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13882494        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 03:26:53      Pennsylvania Dept. of Revenue,
                  Department 280946,    PO Box 280946,    Attention: Bankruptcy Division,
                  Harrisburg, PA 17128-0946
13893748         E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:47
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13955440         E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:34:24      Synchrony Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14317088        +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:35:19      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Nationstar Mortgage LLC
13953572*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. BOX 630267,    Irving, TX 75063)
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: jfur              Page 2 of 2            Date Rcvd: Sep 25, 2019
                               Form ID: 408            Total Noticed: 23
```

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
          Daniel P. Foster    on behalf of Debtor Michael A. Zorbas dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Leslie J. Rase, Esq.    on behalf of Creditor    Nationstar Mortgage LLC lrase@sterneisenberg.com,
           ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```