**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL A ZORBAS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-22689 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2019

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/03/2014 and confirmed on 9/4/14. The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,898.00 |
| Less Refunds to Debtor | 38.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,859.20 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,041.65 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,541.65 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 35,191.50 | 0.00 | 35,191.50 |
|     Acct: 8156 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 1,743.60 | 1,743.60 | 0.00 | 1,743.60 |
|     Acct: 8156 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 20.28 | 20.28 |
|     Acct: 8780 | | | | |
| | | | | 36,955.38 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A ZORBAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL A ZORBAS | 38.80 | 38.80 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 610.67 | 610.67 | 0.00 | 610.67 |
|     Acct: XXXXXXXXXBANK | | | | |
| | | | | 610.67 |
| **Unsecured** | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1083 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8780 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1829 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5003 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5505 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: HZQ9 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 3,070.15 | 1,099.51 | 0.00 | 1,099.51 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1771 | | | | |
| GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4361 | | | | |
| GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4361 | | | | |
| PNC BANK NA | 756.08 | 270.77 | 0.00 | 270.77 |
| Acct: 3994 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1078 | | | | |
| PNC BANK NA | 15,025.89 | 5,381.22 | 0.00 | 5,381.22 |
| Acct: 2138 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1083 | | | | |
| | | | | 6,751.50 |

TOTAL PAID TO CREDITORS                                                        44,317.55

TOTAL
CLAIMED        610.67
PRIORITY     1,743.60
SECURED     18.852.12

Date: 09/24/2019                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　MICHAEL A ZORBAS<br><br>　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:14-22689 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 14-22689-JAD
Michael A. Zorbas                                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jfur              Page 1 of 2        Date Rcvd: Sep 25, 2019
                              Form ID: pdf900         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
db             +Michael A. Zorbas,    104 Sunrise Court,    Harrisville, PA 16038-1432
13882483       +Bank of America,    Attn: Correspondence Unit,    CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13882484       +Berkheimer Tax Administrator,    PO Box 955,    50 North 7th Street,    Bangor, PA 18013-1731
13882487      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Center,    Attn: Collections,    Po Box 1623,
                 Butler, PA 16003)
13882485       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13882486       +Chase Manhattan Bank,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
13882488       +Department Of Education / Sallie Mae,    11100 Usa Parkway,    Fishers, IN 46037-9203
13882490       +Grove City Medical Center,    631 North Broad Street Extension,    Grove City, PA 16127-4603
13882491       +Grove City Medical Center Professional,    PO Box 719,    Monroeville, PA 15146-0719
13882493      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Drive,
                 Lewisville, TX 75067)
13884244       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13882495       +Pnc Bank,   Attn: Bankruptcy,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13882496       +Pnc Bank, N.a.,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
13882497       +Wpahs - Physician,    PO Box 848659,   Boston, MA 02284-8659

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:53:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:33:49
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13882489       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:35:19     GE Capital Retail Bank / Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13882492       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:33:32     Lowes Business Acct / GECRB,
                 PO Box 530970,    Atlanta, GA 30353-0970
13944605        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 03:35:34
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13882494       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 03:26:55     Pennsylvania Dept. of Revenue,
                 Department 280946,    PO Box 280946,    Attention: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
13893748        E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2019 03:35:40
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13955440        E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:34:22     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14317088       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 03:34:22     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
13953572*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    P.O. BOX 630267,    Irving, TX 75063)
                                                                                      TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: jfur              Page 2 of 2           Date Rcvd: Sep 25, 2019
                              Form ID: pdf900         Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2019 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Debtor Michael A. Zorbas dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Leslie J. Rase, Esq.     on behalf of Creditor    Nationstar Mortgage LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```